UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 13-CR-734-LAB |
| Plaintiff, | ) | |
| | ) | JUDGMENT AND ORDER OF DISMISSAL OF SUPERSEDING INDICTMENT |
| v. | ) | |
| CESAR EDUARDO HERNANDEZ-OBREGON, | ) | |
| Defendant. | ) | |

Upon motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that the Superseding Indictment in Case No. 13-CR-734-LAB against Defendant Cesar Eduardo Hernandez-Obregon be dismissed without prejudice.

IT IS SO ORDERED.

DATED:  June 12, 2013

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge